UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYBUSINESSLOAN.COM, LLC d/b/a DEALSTRUCK, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE M. LINSTAD, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 15-cv-11754-IT <br> * <br> * <br> * <br> * |

ORDER REGARDING SUBJECT MATTER JURISDICTION

May 7, 2015

TALWANI, D.J.

Plaintiff MYBUSINESSLOAN.COM, LLC filed this case in federal court on the basis of diversity jurisdiction. See Compl. [#1]. MYBUSINESSLOAN.COM, LLC states that it is "a limited liability company organized and existing under the laws of the State of California and . . . located . . . [in] Carlsbad, California" while Defendant is a citizen of Massachusetts. Id. ¶¶ 2-5.

Unlike a corporation, the citizenship of a limited liability company is based on the citizenship of each of its members. See Pramco ex rel. CFSC Consortium v. San Juan Bay Marina, 435 F.3d 51, 54-55 (1st Cir. 2006). Accordingly, the jurisdictional allegations in MYBUSINESSLOAN.COM, LLC's complaint are insufficient to show that the court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332.

MYBUSINESSLOAN.COM, LLC is hereby ordered to file a statement of its citizenship by no later than May 21, 2015.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge