UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MYBUSINESS LOAN.COM, LLC d/b/a DEALSTRUCK, | ) ) ) |
| Plaintiff, | ) ) Case No. 1:15-cv-11754-IT |
| v. | ) ) ) |
| BRUCE M. LINSTAD, | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses this action without prejudice.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Each party shall bear its own costs and attorneys' fees.

Dated:  July 1, 2016

Respectfully submitted,

By: Peter J. Nicosia, Esquire /s/

Nicosia & Associates, P.C.

PO Box 721

Tyngsboro, MA 01879

978-649-4300

BBO#567627

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

*/s/ Peter J. Nicosia, Esquire*